IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20699
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM CASTANEDA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-144-2
- - - - - - - - - - -
May 1, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

William Castaneda contends that the district court erred in increasing his offense level by two levels pursuant to U.S.S.G. § 3B1.1(c). Based upon a careful review of the record and the arguments of the parties, we hold that application of the § 3B1.1(c) adjustment was not clearly erroneous. United States v. Alvarado, 898 F.2d 987, 993-94 (5th Cir. 1990).

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.